**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
Julian C. Diamond (admitted *pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: jmarchese@bursor.com
jdiamond@bursor.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
Gary M. Klinger (admitted *pro hac vice*)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
E-mail: gklinger@milberg.com

*(see signature page for the complete list of Class Counsel)*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN (COEUR D'ALENE) DIVISION**

| | |
|---|---|
| CINDY MURPHY, SCOTT CONNELLY, JENNY WATSON, ADRIANA INGRAM, SHAHNAZ ZARIF, SHERI BATE and JULIE MAATTALA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOCHAVA, INC.,<br><br>Defendant. | Case No.: 2:23-cv-00058-BLW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: November 12, 2025<br>Time: 1:30 p.m. Mountain Time<br>    (12:30 p.m. Pacific Time)<br>Location: Via ZOOM<br><br>Hon. B. Lynn Winmill |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 11, 2025, at 1:30 P.M. Mountain Time (12:30 P.M. Pacific Time)., or as soon thereafter as the parties may be heard, Plaintiffs will move this Court at the United States Courthouse located at 6450 N. Mineral Dr., Coeur D'Alene, ID 82815, before the Honorable B. Lynn Winmill, for an Order granting final approval of the class action settlement and for approval of attorneys' fees and costs and service awards for the Class Representatives. This Motion is based on this Notice of Motion and Motion, the supporting memorandum of law, the Declaration of Kas L. Gallucci and the Declaration of Steven Weisbrot of Angeion Group regarding Implementation of the Notice Plan and exhibits thereto, the pleadings and papers on file herein, and upon such matters as may be presented to the Court at the time of the hearing.

Pursuant to the Court's order on October 21, 2025 (Dkt. No. 52), this hearing will be conducted by Zoom. Members of the public may use the following to attend this matter via Audio ONLY: 1-669-254-5252, Meeting ID: 161 533 7773, Meeting Passcode: 343013. Persons granted remote access to the proceedings are reminded of the general prohibition under federal law and Local Rule 83.1 against photographing, recording, and rebroadcasting of court proceedings.

Dated: November 7, 2025

By:    /s/ Kas L. Gallucci
      Kas L. Gallucci

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *pro hac vice*)
Julian C. Diamond (admitted *pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
       jdiamond@bursor.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878

E-Mail: gklinger@milberg.com
Daniel O. Herrera (admitted *pro hac vice*))
Nickolas J. Hagman (*pro hac vice* app forthcoming)

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
E-Mail: dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

Kas L. Gallucci (admitted *pro hac vice*)
Alexis M. Wood (admitted *pro hac vice*)
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, California 93103
Telephone: (619) 696-9006
E-Mail: kas@consumersadvocates.com
alexis@consumersadvocates.com

Mark A. Ellingsen
**WITHERSPOON BRAJCICH MCPEE, PPLC**
6500 N. Mineral Drive, Suite 103
Coeur d'Alene, Idaho, 83815
Telephone: (208) 927-4001
E-Mail: mellingsen@workwith.com

*Class Counsel*