<u>VIDEO FINAL APPROVAL HEARING AND MOTION HEARING</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Date: November 12, 2025 | |
| Judge B. Lynn Winmill | Deputy Clerk: Jamie Gearhart |
| Case No. 2:23-cv-58 | Reporter: Tammy Hohenleitner |
| Place: Zoom | Time: 1:32 – 1:55 p.m. |

<u>MURPHY, et al v. KOCHAVA</u>

Counsel for Plaintiffs: Kas Gallucci, Julian Diamond, Dan Herrera, and Mark Ellingsen

Counsel for Defendant: Craig Mariam

The Court conducted a Final Approval Hearing and a hearing on the Motion for Attorney Fees (Dkt. 51).

No objections to the proposed settlement were filed.

Counsel stipulated to the funds being deposited into an escrow account.

The Court deemed the settlement fair, adequate, and reasonable and will approve the settlement agreement. An Order is forthcoming.